UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re

**THE BIG APPLE CIRCUS, LTD.,**

Debtor.

-----------------------------------------------------------x

<u>Chapter 11</u>

Case No. 16-13297 (SHL)

## APPOINTMENT OF
## <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

     William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of The Big Apple Circus, Ltd., debtor-in-possession:

1. Seiden Advertising
   112 Madison Avenue, 9th Floor
   New York, NY 10016
   Attn: Matt Seiden
   Telephone: (646) 253-7204

2. The Taft Foundation
   1177 Avenue of the Americas
   24th Floor
   New York, NY 10036
   Attn: Shannon Prohaszka
   Telephone: (914) 510-2896

    3.      Performance Food Group
            12650 E. Arapahoe Road, Bldg. D
            Centennial, CO 8012-3901
            Attn:  Bradley Boe, Director of Credit

Dated: New York, New York
       December 12, 2016

                                  WILLIAM R. HARRINGTON
                                UNITED STATES TRUSTEE
                                Region 2

                        By:    /s/Richard C. Morrissey
                                Richard C. Morrissey
                                Trial Attorney
                                U.S. Federal Office Building
                                201 Varick Street, Room 1006
                                New York, New York 10014
                                Telephone: (212) 510-0500