UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re The Big Apple Circus, Ltd.                            Case No. 16-13297
_____            Reporting Period: November 20-30, 2016
    **Debtor**

                                                Federal Tax I.D. # 13-2906037

### CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of
the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| Listing of Aged Accounts Payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | X |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____        Date _____

Signature of Authorized Individual* _____        Date 12/20/16

Printed Name of Authorized Individual  Will Maitland Weiss        Date 12/20/16

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

**General Notes to Monthly Operating Report:**

**In re** The Big Apple Circus, Ltd.                                    **Case No.** 16-13297

     **Debtor**                                    **Reporting Period:** November 20-30, 2016

The information contained in this Monthly Operating Report is unaudited and subject to further review, verification and potential adjustment. Figures have been rounded to the nearest dollar.

In re The Big Apple Circus, Ltd.                                          Case No. 16-13297
_____                              _____
Debtor                                                                      Reporting Period: November 20-30, 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month

or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -

ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.

The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be

attached for each account.  [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| --- | --- | --- | --- | --- | --- |
| | OPER | PAYROLL | TAX | OTHER | |
| CASH BEGINNING OF MONTH | 12,754 | | | | 12,754 |
| **RECEIPTS** | | | | | |
| CASH SALES | | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | 29,981 | | | | 29,981 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | |
| LOANS AND ADVANCES | 66,074 | | | | 66,074 |
| SALE OF ASSETS | | | | | |
| OTHER *(ATTACH  LIST)* | 81,008 | | | | 81,008 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | - |
| TOTAL  RECEIPTS | 177,063 | | | | 177,063 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | 42,055 | | | | 42,055 |
| PAYROLL TAXES | 1,947 | | | | 1,947 |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | 26,091 | | | | 26,091 |
| ADMINISTRATIVE | | | | | |
| SELLING | | | | | |
| OTHER *(ATTACH  LIST)* | 1,109 | | | | 1,109 |
| OWNER DRAW * | | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | | |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| TOTAL DISBURSEMENTS | 71,202 | | | | 71,202 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 105,861 | | | | 105,861 |
| | | | | | |
| CASH – END OF MONTH | 118,615 | | | | 118,615 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH  ACTUAL COLUMN)

| | |
| --- | --- |
| TOTAL DISBURSEMENTS | 71,202 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 71,202 |

In re The Big Apple Circus, Ltd.

**Debtor**

Case No. 16-13297

**Reporting Period:** November 20-30, 2016

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | 118,615 | | | |
| BANK BALANCE | 131,840 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | 13,226 | | | |
| OTHER  *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE** * | 118,615 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| Payroll Related | 3203 | 180 | | |
| IPFS Corporation | 3205 | 13,046 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

| | | | | | |
|---|---|---|---|---|---|
| NEA | $ | 30,000 | Utilities | $ | 168 |
| Earthshare | $ | 17 | Accounting System | $ | 800 |
| Estate distribution | $ | 2,002 | Office Supplies | $ | 141 |
| Dept. Youth & Comm. Dev | $ | 13,046 | | | |
| State Insurance Refund | $ | 33,943 | | | |
| Little Orchestra Society | $ | 2,000 | | | |
| | $ | 81,008 | | $ | 1,109 |



 **Bank of America**
**Merrill Lynch**

P.O. Box 15284
Wilmington, DE 19850

AG      0   487 325 654 006939 #@01 AV 0.376

BIG APPLE CIRCUS LTD
MAIN ACCOUNT
1 METROTECH CTR FL 3
BROOKLYN, NY 11201

**Customer service information**

🔊 Customer service: 1.888.400.9009

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Full Analysis Business Checking

for November 1, 2016 to November 30, 2016

Account number: ████████8106

**BIG APPLE CIRCUS LTD    MAIN ACCOUNT**

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2016 | $16,723.16 |
| Deposits and other credits | 272,338.89 |
| Withdrawals and other debits | -155,745.80 |
| Checks | -0.00 |
| Service fees | -1,475.97 |
| **Ending balance on November 30, 2016** | **$131,840.28** |

# of deposits/credits: 22

# of withdrawals/debits: 26

# of days in cycle: 30

Average ledger balance: $45,687.16

```
System:   12/20/2016  10:34:13 AM                 Big Apple Circus              Page:    1
User Date: 12/20/2016                        CHECKBOOK REGISTER REPORT          User ID: vjones
                                               Bank Reconciliation

Ranges:              From:               To:                        From:                   To:
  Checkbook ID       BOA PAYABLES        BOA PAYABLES       Number  First                   Last
  Description        Bank of America - PayablesBank of America - Payables  Date  11/21/2016  11/30/2016
  User-Defined 1                                            Type   First                   Last

Sorted By:  Date
Include Trx:  Reconciled, Unreconciled, Voided

* Voided transaction   ^ Cleared amount is different than posted amount


Checkbook ID    Description              User-Defined 1          Current Balance
--------------------------------------------------------------------------------------------
  Number        Date      Type  Paid To/Rcvd From    Reconciled Origin            Payment        Deposit
--------------------------------------------------------------------------------------------
BOA PAYABLES    Bank of America - Payables                      ($8,703,024.14)
  3201          11/23/2016 CHK  RISK STRATEGIES COMPANY  No     PMCHK00000330     $13,045.52
  3202          11/23/2016 CHK  HOYT & BOND CONSULTING LLC No   PMCHK00000330      $2,300.00
  3203          11/23/2016 CHK  MARRERO, KIANAIRY        No     PMCHK00000330        $180.00
* 3204          11/23/2016 CHK  PETERSIEL, SARAH         Yes    PMCHK00000330         $57.14
  3205          11/28/2016 CHK  IPFS CORPORATION         No     PMCHK00000331     $13,045.52
  3206          11/29/2016 CHK  HOYT & BOND CONSULTING LLC No   PMTRX00000846      $4,741.47

        6  Transaction(s)

        6  Total Transaction(s)
```

*(handwritten notes)*

33,312.51

Payroll wires.              24,704.80

      "                     10,270.07

      "                      1,946.77

Rose Asp - Accounting System   600.00

      "                        200.00

NYSEG                          167.81

TOTAL DISBURSEMENTS p 3/12.   $ 71,201.96

## Payment Details Report

**Company:** Big Apple Circus Ltd
**Requester:** santiago, tanya
**Run Date:** 11/25/2016 8:48:21 AM CST

**Bank of America**
**Merrill Lynch**

### Domestic High Value (Wire)
Payment Category:Urgent/Wire

**Status:** Confirmed by Bank
**Transaction Number:** 16BP833403BA1D93

#### Debit Account Information

**Debit Bank:** ███
**Debit Account:** ███8106
**Debit Account Name:** BAC Main Acct
**Debit Currency:** USD

#### Beneficiary Details

**Beneficiary Name:** PAYLOCITY PAYROLL
**Beneficiary Address:** 77 BRANT AVE SUITE 206
**Beneficiary City:** CLARK

**Beneficiary Postal Code:** 07066
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** ███
**Beneficiary Bank ID:** ███
COMMERCE BANK AND TRUST
COMPANY
386 MAIN ST
WORCESTER
US - United States of America

**Beneficiary Email:**
**Beneficiary Mobile Number:**

#### Payment Details

**Credit Currency:** USD
**Credit Amount:** 24,704.80

**Value Date:** 11/25/2016

#### Optional Information

**Sender's Reference Number:** 11/25 payroll

**Beneficiary Information:**

#### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

#### Control Information

**Input:** ts762084
**Approved:** ts762084
**Initial Confirmation:** WTX:2016112500367969
**Confirmation #:** FEDR:20161125B6B7HU4R006433

**Input Time:** 11/25/2016 8:34:14 AM CST
**Time:** 11/25/2016 8:35:50 AM CST

## Payment Details Report

**Bank of America**
**Merrill Lynch**

**Company:** Big Apple Circus Ltd
**Requester:** santiago, tanya
**Run Date:** 11/25/2016 8:44:13 AM CST

### Domestic High Value (Wire)
**Payment Category:** Urgent/Wire

**Status:** Processing by Bank
**Transaction Number:** 16BP84236K9D1D72

### Debit Account Information

**Debit Bank:** ■■■■■
**Debit Account:** ■■■■8106
**Debit Account Name:** BAC Main Acct
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** PAYLOCITY PAYROLL
**Beneficiary Address:** 77 BRANT AVE SUITE 206
**Beneficiary City:** CLARK

**Beneficiary Postal Code:** 07066
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** ■■■■■
**Beneficiary Bank ID:** ■■■■■
COMMERCE BANK AND TRUST
COMPANY
386 MAIN ST
WORCESTER
US - United States of America

**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 10,270.07

**Value Date:** 11/25/2016

### Optional Information

**Sender's Reference Number:** 11/25 taxes

**Beneficiary Information:**

### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** ts762084
**Approved:** ts762084
**Initial Confirmation:** WTX:2016112500370029

**Input Time:** 11/25/2016 8:42:57 AM CST
**Time:** 11/25/2016 8:43:57 AM CST

## Payment Details Report

**Company:** Big Apple Circus Ltd
**Requester:** santiago, tanya
**Run Date:** 11/25/2016 8:40:34 AM CST

## Bank of America Merrill Lynch

### Domestic High Value (Wire)
Payment Category:Urgent/Wire

**Status:** Processing by Bank
**Transaction Number:** 16BP838596MD2J84

### Debit Account Information

**Debit Bank:** ██████
**Debit Account:** ██████8106
**Debit Account Name:** BAC Main Acct
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** PAYLOCITY PAYROLL
**Beneficiary Address:** 77 BRANT AVE SUITE 206
**Beneficiary City:** CLARK
**Beneficiary Postal Code:** 07066
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** ██████
**Beneficiary Bank ID:** ██████
JPMORGAN CHASE BANK, NA
1111 POLARIS PKWY
COLUMBUS
US - United States of America
**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 1,946.77

**Value Date:** 11/25/2016

### Optional Information

**Sender's Reference Number:** 11/25 payroll

**Beneficiary Information:**

### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** ts762084
**Approved:** ts762084
**Initial Confirmation:** WTX:2016112500369255

**Input Time:** 11/25/2016 8:39:15 AM CST
**Time:** 11/25/2016 8:40:09 AM CST

# Payment Details Report

**Company:** Big Apple Circus Ltd
**Requester:** Jones, Valarie
**Run Date:** 11/29/2016 8:37:44 AM CST

**Bank of America Merrill Lynch**

## Domestic High Value (Wire)
Payment Category: Urgent/Wire

**Status:** Processing by Bank
**Transaction Number:** 16BT83637GZD2852

### Debit Account Information

**Debit Bank:** ▉
**Debit Account:** ▉8106
**Debit Account Name:** BAC Main Acct
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** ROSEASP.COM
**Beneficiary Address:** 11512 EL CAMINO REAL
**Beneficiary City:** SAN DIEGO
**Beneficiary Postal Code:** 92130
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** ▉
**Beneficiary Bank ID:** ▉
WELLS FARGO BANK, NA
464 CALIFORNIA ST
SAN FRANCISCO
US - United States of America

**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 600.00

**Value Date:** 11/29/2016

### Optional Information

**Sender's Reference Number:** INV0002872

**Beneficiary Information:**

### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** vj762084
**Approved:** vj762084
**Initial Confirmation:** WTX:2016112900222521

**Input Time:** 11/29/2016 8:36:54 AM CST
**Time:** 11/29/2016 8:37:33 AM CST

## Payment Details Report

**Bank of America**
**Merrill Lynch**

**Company:** Big Apple Circus Ltd
**Requester:** Jones, Valarie
**Run Date:** 11/29/2016 8:40:06 AM CST

### Domestic High Value (Wire)
**Payment Category:** Urgent/Wire

**Status:** Processing by Bank
**Transaction Number:** 16BT83900QCD0E13

### Debit Account Information

**Debit Bank:** ███████
**Debit Account:** ███████8106
**Debit Account Name:** BAC Main Acct
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** ROSEASP.COM
**Beneficiary Address:** 11512 EL CAMINO REAL
**Beneficiary City:** SAN DIEGO
**Beneficiary Postal Code:** 92130
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** ███████
**Beneficiary Bank ID:** ███████
WELLS FARGO BANK, NA
464 CALIFORNIA ST
SAN FRANCISCO
US - United States of America

**Beneficiary Email:**
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 200.00

**Value Date:** 11/29/2016

### Optional Information

**Sender's Reference Number:** INV103204

**Beneficiary Information:**

### Additional Routing

**Intermediary Bank ID:**

**Receiver Information:**

### Control Information

**Input:** vj762084
**Approved:** vj762084

**Input Time:** 11/29/2016 8:39:21 AM CST
**Time:** 11/29/2016 8:39:54 AM CST



# Your checking account

**Bank of America**
**Merrill Lynch**

BIG APPLE CIRCUS LTD   |   Account #　　　8106   |   November 1, 2016 to November 30, 2016

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|-------------------------|--------------------|----------------|--------|
| 11/07/16 | ZBA TRANSFER TO ▮▮▮▮ | | 081311072000000 | -13,500.00 |
| 11/09/16 | ZBA TRANSFER TO ▮▮▮▮ | | 081311092000000 | -5,600.00 |
| 11/09/16 | WIRE TYPE:WIRE OUT DATE:161109 TIME:1028 ET TRN:2016110900204927 SERVICE REF:005190 BNF:PAYLOCITY PAYROLL ID:7154741 BNF BK:COMMERCE B ANK & TRUST C ID:011300142 PMT DET:111116 | | 903711090204927 | -29,159.50 |
| 11/09/16 | WIRE TYPE:WIRE OUT DATE:161109 TIME:1031 ET TRN:2016110900205920 SERVICE REF:306208 BNF:PAYLOCITY PAYROLL ID:701320459 BNF BK:JPMORGAN  CHASE BANK, N. ID:0002 PMT DET:111116 | | 903711090205920 | -3,863.91 |
| 11/10/16 | Legal Order, LTS D111016001029 | | 928111100001535 | -227.42 |
| 11/10/16 | WIRE TYPE:WIRE OUT DATE:161110 TIME:1028 ET TRN:2016111000224780 SERVICE REF:005197 BNF:PAYLOCITY PAYROLL ID:7238244 BNF BK:COMMERCE B ANK & TRUST C ID:011300142 PMT DET:111116 | | 903711100224780 | -12,566.14 |
| 11/18/16 | ZBA TRANSFER TO ▮▮▮▮ | | 081311182000000 | -420.00 |
| 11/21/16 | ZBA TRANSFER TO ▮▮▮▮ | | 081311212000000 | -50.00 |
| 11/23/16 | ZBA TRANSFER TO ▮▮▮▮ | | 081311232000000 | -2,300.00 |
| 11/23/16 | NYSEG      DES:NYSEG BILL ID:010013035885 INDN:BIG APPLE CIRCUS     CO ID:9638583001 CCD | | 902327006148476 | -144.72 |
| 11/23/16 | NYSEG      DES:NYSEG BILL ID:010013036172 INDN:BIG APPLE CIRCUS INC    CO ID:9638583001 CCD | | 902327006148477 | -23.09 |
| 11/25/16 | WIRE TYPE:WIRE OUT DATE:161125 TIME:0935 ET TRN:2016112500367969 SERVICE REF:006433 BNF:PAYLOCITY PAYROLL ID:7154741 BNF BK:COMMERCE B ANK & TRUST C ID:011300142 PMT DET:11/25 payroll | | 903711250367969 | -24,704.80 |
| 11/25/16 | WIRE TYPE:WIRE OUT DATE:161125 TIME:0946 ET TRN:2016112500369255 SERVICE REF:575171 BNF:PAYLOCITY PAYROLL ID:701320459 BNF BK:JPMORGAN  CHASE BANK, N. ID:0002 PMT DET:11/25 payroll | | 903711250369255 | -1,946.77 |
| 11/25/16 | WIRE TYPE:WIRE OUT DATE:161125 TIME:0944 ET TRN:2016112500370029 SERVICE REF:006557 BNF:PAYLOCITY PAYROLL ID:7238244 BNF BK:COMMERCE B ANK & TRUST C ID:011300142 PMT DET:11/25 taxes | | 903711250370029 | -10,270.07 |
| 11/28/16 | NYSEG      DES:NYSEG BILL ID:010013036164 INDN:BIG APPLE CIRCUS INC    CO ID:9638583001 CCD | | 902330011913731 | -3,328.84 |

*(handwritten: 167·81)*

*continued on the next page*

In re The Big Apple Circus, Ltd.                    Case No. 16-13297
        **Debtor**                              Reporting Period: November 20-30, 2016

### STATEMENT OF OPERATIONS  (Income Statement)*

\* This Statement of Operations is prepared on a cash basis.  The cash basis of accounting recognizes revenue
when it is received and expenses when they are paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | 77,046 | 77,046 |
| Less:  Returns and Allowances | | |
| Net Revenue | 77,046 | 77,046 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs *(attach schedule)* | | |
| Less:  Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Officer/Insider Compensation* | 4,615 | 4,615 |
| Insurance | 26,091 | 26,091 |
| Management Fees/Bonuses | | |
| Office Expense | 941 | 941 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | 37,440 | 37,440 |
| Supplies | | |
| Taxes - Payroll | 1,947 | 1,947 |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | 168 | 168 |
| Other *(attach schedule)* | | |
| Total Operating Expenses Before Depreciation | 71,202 | 71,202 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 5,844 | 5,844 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | 33,943 | 33,943 |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | |
| Net Profit (Loss) Before Reorganization Items | 39,787 | 39,787 |

**In re** The Big Apple Circus, Ltd.                        **Case No.** 16-13297

      **Debtor**                                       **Reporting Period:** November 20-30, 2016

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | 39,787 | 39,787 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

### OTHER COSTS

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### OTHER INCOME

| | | |
|---|---|---|
| State Insurance Refund - 2015/16 | 33,943 | 33,943 |
| | | |

### OTHER EXPENSES

| | | |
|---|---|---|
| | | |
| | | |

### OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re The Big Apple Circus, Ltd.                                    Case No. 16-13297
_____Debtor_____                        Reporting Period: November 20-30, 2016

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | 118,615 | | 12,754 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | 118,615 | | 12,754 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | 6,543,336 | | 6,543,336 |
| Machinery and Equipment | 1,191,579 | | 1,191,579 |
| Furniture, Fixtures and Office Equipment | 4,170,072 | | 4,170,072 |
| Leasehold Improvements | 1,118,367 | | 1,118,367 |
| Vehicles | 4,373,412 | | 4,373,412 |
| Less:   Accumulated Depreciation | 14,598,019 | | 14,598,019 |
| *TOTAL PROPERTY & EQUIPMENT* | 2,798,747 | | 2,798,747 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | 1,002,125 | | 1,002,125 |
| *TOTAL OTHER ASSETS* | 1,002,125 | | 1,002,125 |
| *TOTAL ASSETS* | 3,919,487 | | 3,813,626 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Wages Payable | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | 66,058 | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | 66,058 | | |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | | |
| Secured Debt | 745,298 | | 745,298 |
| Priority Debt | | | |
| Unsecured Debt | 7,485,560 | | 7,485,560 |
| *TOTAL PRE-PETITION LIABILITIES* | 8,230,858 | | 8,230,858 |
| *TOTAL LIABILITIES* | 8,296,916 | | 8,230,858 |
| *OWNERS' EQUITY* | | | |
| Capital Stock | | | |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | | | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions  *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | (4,377,429) | | (4,417,232) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 3,919,487 | | 3,813,626 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re The Big Apple Circus, Ltd.           Case No. 16-13297

**Debtor**        **Reporting Period:** November 20-30, 2016

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Other Assets** | | | |
| Endorsement - Morgan Stanley | 859,417 | | 859,417 |
| Restricted Investments | 142,708 | | 142,708 |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash:   Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re  The Big Apple Circus, Ltd.                          Case No.  16-13297
       **Debtor**                          **Reporting Period:** November 20-30, 2016

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | 115,770 | | | | | 115,770 |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | 97,038 | | | | | 97,038 |
|   Total State and Local | 212,808 | | | | | 212,808 |
| | | | | | | |
| **Total Taxes** | 212,808 | | | | | 212,808 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| | | **Number of Days Past Due** | | | | |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | 2,981 | | | | | 2,981 |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Post-petition Debts** | 2,981 | | | | | 2,981 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____

_____

**In re** The Big Apple Circus, Ltd.        **Case No.** 16-13297
    **Debtor**        **Reporting Period:** November 20-30, 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | - |
| Plus:  Amounts billed during the period | |
| Less:  Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | - |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | - |
| | | | | | |
| Less:  Bad Debts (Amount considered uncollectible) | | | | | |
| | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 8,381 | | | | 8,381 |
| 31 - 60 days old | | 8,381 | | | 8,381 |
| 61 - 90 days old | | | 8,381 | | 8,381 |
| 91+ days old | | | | 187,665 | 187,665 |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | 8,381 | 8,381 | 8,381 | 187,665 | 212,808 |

In re The Big Apple Circus, Ltd.  
    Debtor

Case No. 16-13297  
Reporting Period: November 20-30, 2016

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| W. M. Weiss | Salary | 4,615 | 4,615 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | 4,615 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| J.P. Morgan Chase | 8,942 | | 8,942 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | 8,942 |

**In re** The Big Apple Circus, Ltd.      **Case No.** 16-13297

**Debtor**      **Reporting Period:** November 20-30, 2016

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | X | |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition payroll taxes past due? | | X |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | X | |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | X | |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been been received by the Debtor from any party? | X | |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

Explanation

**Question 6**: Two payments were made on account of pre-petition liabilities for insurance policies. The first payment was made on November 23, 2016 to Risk Strategies Company in the amount of $13,045.52. The second payment was made on November 28, 2016 to IPFS Corporation in the amount of $13,045.52. As of November 30, 2016, the check to IPFS Corporation had not yet been presented.
In addition, the Debtor paid payroll for the week of November 14-20, which was prior to the filing of the chapter 11 petition.

**Question 10**: Real estate taxes are accruing each month until the sale of the Debtor's real property located at 39 Edmunds Lane, Walden, New York.

**Question 12:** In connection with the payment of payroll, the Debtor paid payroll taxes for the week of November 14-20.

**Question 15:** Pursuant to the *Interim Order (I) Authorizing the Debtor to Obtain Postpetition Financing and (II) Granting Related Relief* entered on November 22, 2016 [Docket No. 16] the Debtor obtained interest-free postpetition financing from certain of its directors in the aggregate amount of $66,058.