**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

**THE BIG APPLE CIRCUS, LTD.**

                    **Debtor.**

---

**Chapter 11**

**Case No. 16-13297 (SHL)**

---

## ORDER SHORTENING NOTICE PERIOD WITH RESPECT TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S CIRCUS ASSETS, (II) AUTHORIZING THE EMPLOYMENT AND RETENTION OF STAMPLER AUCTIONS AS AUCTIONEER, (III) SCHEDULING AUCTION AND SALE APPROVAL HEARING, (IV) APPROVING THE FORM AND MANNER OF SALE NOTICE, AND (V) GRANTING RELATED RELIEF

Upon the ex parte motion, dated December 23, 2016 (the "**Motion to Shorten Notice**")[1] of The Big Apple Circus, Ltd. (the "**Circus**" or the "**Debtor**"), the debtor and debtor in possession in the above-captioned case, seeking entry of an order shortening the notice period and scheduling an expedited hearing with respect to the Bidding Procedures Motion, all as more fully set forth in the Motion to Shorten Notice; and the Court having jurisdiction to consider the Motion to Shorten Notice and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten Notice and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that (a) good cause has been shown for the Circus to proceed with the Motion to Shorten Notice on an ex parte basis and (b) the legal and factual bases set forth in the Motion to Shorten Notice establish just cause for the relief granted herein and that such expedited relief is in the best

---

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Motion to Shorten Notice.

interests of the Debtor, its estate and creditors and all other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1.      The Motion to Shorten Notice is granted as set forth herein.

2.      A hearing to consider the Bidding Procedure Motion shall be held on **January 11, 2017 at 2:00 p.m. (Eastern Time)**.

3.      Objections or responses to the Bidding Procedures Motion must be filed by **January 6, 2017 at 12:00 p.m. (Eastern Time).**

4.      Replies to any objections or responses to the Bidding Procedures Motion must be filed by **January 10, 2017 at 12:00 p.m. (Eastern Time)**.

5.      The Debtor shall serve notice of the Bidding Procedures Motion and corresponding objection deadline on applicable parties by overnight mail (and by electronic mail where possible) within one business day after entry of this Order.

6.      The Debtor is authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order.

7.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
      December 23, 2016

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE

- 2 -