M. Natasha Labovitz
Christopher Updike
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:   (212) 909-6000
Facsimile:    (212) 909-6836

Counsel to the Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **THE BIG APPLE CIRCUS, LTD.** | **Case No. 16-13297 (SHL)** |
| **Debtor.** | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 11, 2017 AT 2:00 P.M. (EASTERN TIME)**

**Time & Date of Hearing:**   January 11, 2017 at 2:00 p.m. (Eastern Time)

**CourtCall Information:**   Any parties wishing to participate in the telephonic hearing should schedule an appearance through CourtCall, unless otherwise ordered by the Court. CourtCall can be contacted at (866) 582-6878.

**Copies of Pleadings:**   A copy of each pleading can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's website at www.nysb.uscourts.gov (please note that a PACER password is needed to access documents on the Bankruptcy Court's website), (ii) contacting the Office of the Clerk of the Court at One Bowling Green, New York, New York 10004, or (iii) contacting Debtor's counsel (via mail, Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10022, Attn: M. Natasha Labovitz and Christopher Updike or via email, bigapplecircus@debevoise.com).

**I.    UNCONTESTED MATTERS**

A.  Debtor's Motion for Entry of an Order Approving Private Sale of the Walden Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and Granting Related Relief [Docket No. 32]

   **Objection Deadline:** January 4, 2017 at 4:00 p.m. (Eastern Time)

   **Response Received:**

   1.  Limited Objection of County of Orange to Debtor's Motion for Entry of an Order Approving Private Sale of the Walden Property [Docket No. 67]

   **Related Documents:**

   2.  Declaration of Will Maitland Weiss in Support of Debtor's Motion for Entry of an Order Approving Private Sale of the Walden Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and Granting Related Relief [Docket No. 33]

   3.  Notice of Debtor's Motion for Entry of an Order Approving Private Sale of the Walden Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and Granting Related Relief [Docket No. 34]

   4.  Amended Notice of Debtor's Motion for Entry of an Order Approving Private Sale of the Walden Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and Granting Related Relief [Docket No. 54]

   **Status: The County of Orange's limited objection to this motion has been consensually resolved by the parties. This matter is going forward.**

B.  Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtors Circus Assets, (B) Authorizing the Employment and Retention of Stampler Auctions as Auctioneer, (C) Scheduling Auction and Sale Approval Hearing, (D) Approving the Form and Manner of Sale Notice, and (E) Granting Related Relief, and (II) an Order (A) Approving the Sale of the Debtors Circus Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (B) Granting Related Relief [Docket No. 59]

   **Objection Deadline:** January 6, 2017 at 12:00 p.m. (Eastern Time)

   **Responses Received:** None

**Related Documents:**

1. Declaration of Harry Stampler in Support of Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtors Circus Assets, (B) Authorizing the Employment and Retention of Stampler Auctions as Auctioneer, (C) Scheduling Auction and Sale Approval Hearing, (D) Approving the Form and Manner of Sale Notice, and (E) Granting Related Relief, and (II) an Order (A) Approving the Sale of the Debtors Circus Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (B) Granting Related Relief [Docket No. 60]

2. Debtor's *Ex Parte* Motion to Shorten the Notice Period With Respect to the Debtor's Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of the Debtors Circus Assets, (II) Authorizing the Employment and Retention of Stampler Auctions as Auctioneer, (III) Scheduling Auction and Sale Approval Hearing, (IV) Approving the Form and Manner of Sale Notice, and (V) Granting Related Relief [Docket No. 61]

3. Order Shortening Notice Period With Respect to Debtors Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of the Debtor's Circus Assets, (II) Authorizing the Employment and Retention of Stampler Auctions as Auctioneer, (III) Scheduling Auction and Sale Approval Hearing, (IV) Approving the Form and Manner of Sale Notice, and (V) Granting Related Relief [Docket No. 63]

4. Notice of Debtor's Motion for Entry of (I) an Order (A) Approving Bidding Procedures for the Sale of the Debtors Circus Assets, (B) Authorizing the Employment and Retention of Stampler Auctions as Auctioneer, (C) Scheduling Auction and Sale Approval Hearing, (D) Approving the Form and Manner of Sale Notice, and (E) Granting Related Relief, and (II) an Order (A) Approving the Sale of the Debtors Circus Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (B) Granting Related Relief [Docket No. 64]

**Status: This matter is going forward with respect to the Debtor's request for entry of an order approving proposed bidding procedures, the retention of Stampler Auctions, and related relief.**

C. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and (II) Granting Related Relief [Docket No. 3]

**Objection Deadline:** January 4, 2017 at 4:00 p.m. (Eastern Time)

**Responses Received:** None

**Related Documents:**

1. Declaration of Will Maitland Weiss, Executive Director of The Big Apple Circus, Ltd., in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 2]

2. Interim Order (I) Authorizing the Debtor to Obtain Postpetition Financing and (II) Granting Related Relief [Docket No. 16]

3. Notice of Second Day Hearing to be Held on December 14, 2016 at 10:00 a.m. (Eastern Time) [Docket No. 22]

4. Notice of Adjournment of Hearing to Consider Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and (II) Granting Related Relief [Docket No. 36]

5. Amended Notice of Adjournment of Hearing to Consider Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and (II) Granting Related Relief [Docket No. 55]

6. Supplement to "Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Obtain Postpetition Financing and (II) Granting Related Relief" [Docket No. 69]

**Status:** This matter is going forward.

D. Debtor's Motion for Entry of an Order Further Extending Time for the Debtor to File Schedules and Statements [Docket No. 62]

**Objection Deadline:** January 4, 2017 at 4:00 p.m. (Eastern Time)

**Responses Received:** None

**Related Documents:** None

**Status:** This matter is going forward.

Dated: January 9, 2017
      New York, New York

*/s/ Christopher Updike*
M. Natasha Labovitz
Christopher Updike
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:   (212) 909-6000
Facsimile:   (212) 909-6836
Email:   nlabovitz@debevoise.com
       cupdike@debevoise.com

Counsel to the Debtor
and Debtor in Possession

5