M. Natasha Labovitz
Christopher Updike
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:     (212) 909-6000
Facsimile:     (212) 909-6836

Counsel to the Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**THE BIG APPLE CIRCUS, LTD.**<br><br>                **Debtor.** | **Chapter 11**<br><br>**Case No. 16-13297 (SHL)** |

**NOTICE OF SALE CLOSINGS WITH RESPECT TO THE**
**DEBTOR'S WALDEN PROPERTY AND CIRCUS ASSETS**

**PLEASE TAKE NOTICE** that, on January 12, 2017, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered an "Order Approving Private Sale of the Walden Property Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and Granting Related Relief" (Docket No. 75) authorizing the above-captioned debtor and debtor in possession, The Big Apple Circus, Ltd. (the "**Debtor**"), to sell its real property located at 39 Edmunds Lane, Walden, New York (the "**Walden Property**"), free and clear of all liens, claims, encumbrances, and other interests, to Polich Tallix Inc. (the "**Walden Purchaser**") for a purchase price of $2,500,000, all on the terms and conditions described in the order and related documentation.

**PLEASE TAKE FURTHER NOTICE** that the sale of the Walden Property to Polich Tallix Inc. closed on February 24, 2017.

**PLEASE TAKE FURTHER NOTICE** that, on February 15, 2017, the Bankruptcy Court entered an "Order (I) Approving the Sale of the Debtor's Circus Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (II) Granting Related Relief" (as amended on February 17, 2017, the "**Circus Assets Sale Order**", see Docket Nos. 127, 143) authorizing the Debtor to sell its Circus Assets (as defined in therein), free and clear of all liens, claims, encumbrances, and other interests, to Compass Partners, L.L.C. or its assignees ("**Compass**") for a purchase price of $1,300,000, all on the terms and conditions described in the order and related documentation.

**PLEASE TAKE FURTHER NOTICE** that the sale of the Circus Assets to Compass closed on February 23, 2017.

Dated: March 3, 2017
      New York, New York

*/s/ Christopher Updike*
M. Natasha Labovitz
Christopher Updike
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:   (212) 909-6000
Facsimile:    (212) 909-6836
Email:          nlabovitz@debevoise.com
                cupdike@debevoise.com

Counsel to the Debtor
and Debtor in Possession