U.S. Department of Justice
Office of the United States Trustee
Region 2

Southern District of New York

IN RE:                                          }    **CHAPTER 11**
                                }
    **TBAC Wind Down, LTD.**              }    **CASE NO. 16-13297**
                                  }
                                  }
    **DEBTOR.**                              }

### DEBTOR'S POST-CONFIRMATION
### MONTHLY OPERATING REPORT
### FOR THE PERIOD
**FROM** 11/1/2018     **TO**   11/30/2018

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the

Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this
report and it is true and correct to the best of my knowledge.

Signed: _____        Date: __12/4/2018__

        BRADLEY BOE
          Print Name

Plan Administrator
     Title

Debtor's Address                                    Attorney's Address
and Phone Number:                                   and Phone Number:
TBAC Wind Down, Ltd                                 _____
1 MetroTech Center North, 3/F                       _____
Brooklyn, NY 11201                                  _____
                                                    Bar No. _____
Tel  _646-616-6820_____                            Tel  _____

Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States
Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | | X |
| | | |

**If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect' | X | |
| 2. Are all premium payments current? | X | |

**If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| CONFIRMATION OF INSURANCE | | | | | |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| For purposes of clarity on question 4 above, the Debtor is current on all payments. |
| |
| **Estimated Date of Filing the Application for Final Decree:  ___December 2018_____** |

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 2

CHAPTER 11 POST-CONFIRMATION
SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | TBAC Wind Down, LTD |
|---|---|
| Case Number: | 16-13297 |
| Date of Plan Confirmation: | 12/18/17 |

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

|  | | Monthly | Post Confirmation Total |
|---|---|---|---|
| 1. | CASH (Beginning of Period)[1] | $ 90,427 | $ 2,309,217 |
| 2. | INCOME or RECEIPTS during the Period | $ - | $ 17,340 |
| 3. | DISBURSEMENTS | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ - | $ 20,391 |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | - | 34,149 |
| b. | All Other Operating Expenses: | $ 3,925 | $ 306,098 |
| c. | Plan Payments:* | | |
| (i) | Administrative Claims | $ 192 | $ 70,428 |
| (ii) | Secured Claims | - | - |
| (iii) | Priority Claims | - | 667 |
| (iv) | General Unsecured Claims | - | 1,808,515 |
| | Total Disbursements (Operating & Plan) | $ 4,117 | $ 2,240,248 |
| 4. | CASH (End of Period) | $ 86,310 | $ 86,310 |

*   This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

[1] The opening balance for the Post-Petition Confirmation Total included approximately $142,582.73 of funds held pre-petition in a restricted account. These funds were transferred in February 2018 in accordance with the Plan.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

### CHAPTER 11 POST-CONFIRMATION
### BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Bank of America | Bank of America | | |
| **Account Number:** | 8106 | 8093 | | |
| **Purpose of Account (Operating/Payroll/Tax)** | Reserve | Operating | | |
| **Type of Account (e.g. checking)** | Checking | Checking | | |
| | | | | |
| 1.  **Balance per Bank Statement** | - | 100,140 | | |
| 2.  **ADD**:  Deposits not credited | | | | |
| 3.  **SUBTRACT**:  Outstanding Checks | | 13,830 | | |
| 4.  Other Reconciling Items | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | - | 86,310 | | |
| | | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | - |
| | | | | - |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

ATTACHMENT NO. 4

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Bank of America |
|---|---|
| Account Number | ████████8093 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 3894 | 8/15/18 | ALTICE MEDIA SOLUTIONS | Claims Payment - Outstanding | $1,156.00 |
| 3896 | 8/15/18 | NY INTERCONNECT | Claims Payment - Outstanding | $892.00 |
| 3903 | 8/15/18 | ALLIANT INSURANCE SERVICES, | Claims Payment - Outstanding | $135.00 |
| 3921 | 8/15/18 | EVANS, MARUTI | Claims Payment - Outstanding | $161.00 |
| 3936 | 8/16/18 | MT SINAI CHILDRENS CENTER FO | Claims Payment - Outstanding | $3,111.00 |
| 3940 | 8/16/18 | CITY OF BOSTON | Claims Payment - Outstanding | $502.00 |
| 3952 | 8/16/18 | BOSTON PARENTS PAPER | Claims Payment - Outstanding | $32.00 |
| 3990 | 8/16/18 | TIME WARNER CABLE BUSINESS C | Claims Payment - Outstanding | $260.00 |
| 3992 | 8/16/18 | VARICK MEDIA MANAGEMENT | Claims Payment - Outstanding | $378.00 |
| 3997 | 8/16/18 | WCVB TV | Claims Payment - Outstanding | $483.00 |
| 3998 | 8/16/18 | WESTCHESTER FAMILY | Claims Payment - Outstanding | $178.00 |
| 3999 | 8/16/18 | WINS-AM/CBS AM RADIO | Claims Payment - Outstanding | $445.00 |
| 4000 | 8/16/18 | WLVI-TV/CW56 | Claims Payment - Outstanding | $1,051.00 |
| 4001 | 8/20/18 | WORLD AND EYE ARTS CENTER, I | Claims Payment - Outstanding | $45.00 |
| 4003 | 8/20/18 | LEO, JOHN | Claims Payment - Outstanding | $44.00 |
| 4004 | 8/20/18 | PROGRAMMATIC MECHANICS | Claims Payment - Outstanding | $216.00 |
| 4007 | 8/20/18 | GROSS, RONNIE | Claims Payment - Outstanding | $105.00 |
| 4009 | 8/20/18 | PRODUCTION RESOURCE GROUP | Claims Payment - Outstanding | $776.00 |
| 4011 | 8/20/18 | SQUARE ONE | Claims Payment - Outstanding | $3,762.00 |
| 4013 | 8/20/18 | WCVB TV | Claims Payment - Outstanding | $48.00 |
| 4031 | 10/10/18 | DEPARTMENT OF LAW | Operating Expense - Outstanding | $50.00 |
| | | | **Total Outstanding** | **$13,830.00** |